# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                          NO. 4:09CR00069 JLH

TERRY L. SANDERS                                                     DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion of Terry L. Sanders to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied. No certificate of appealability will issue.

IT IS SO ORDERED this 9th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE